**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA MORALES,<br>Petitioner,<br>v.<br>DESERT VIEW ANNEX,<br>Respondent. | Case No. ED CV 26-04817-DMG-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to immediately release **Orlando Garcia Morales (A# 246-061-871)** ("Petitioner") from custody (subject only to conditions that were in place prior to his detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The

Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Respondents shall file a notice of compliance within forty-eight hours. Respondents' attorney shall ensure his client receives a copy of this Order forthwith.

Dated: November 13, 2026

DOLLY M. GEE
Chief United States District Judge